IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson Division)                    CRIMINAL MINUTES

<u>  03  </u> / <u>  01183  </u> / <u>  01  </u>              Date: <u>  September 16, 2003  </u>
  Yr       Case No.     Dft#

<u> x </u> Hon. <u> CINDY K. JORGENSON </u>          Judge #: <u>  7029  </u>

USA v. <u>  LARA                    MICHAEL                    JAMES  </u>
            Last Name                  First Name                 Middle Name
DEFENDANT: <u> X </u> Present  <u>    </u> Not Present  <u> X </u> Released  <u>    </u> Custody  <u>    </u> Writ

Deputy
Clerk: <u>  Judy Johnson  </u>              Crt Reporter: <u> Mary Riley  </u>

U. S. Atty: <u> Lynnette Kimmins  </u>     Dft Atty: <u> Michael Piccarreta, Ret  </u>
                                            <u> x </u> pres     <u>    </u> appt.     <u>    </u> ret'd
Intrptr: <u> N/A  </u>

=================================================================
**PROCEEDINGS:**            <u> x </u> JURY TRIAL

<u> x </u> Jury trial held, <u>  1st  </u> day

<u> x </u> Case continued to <u>  9/17/03 at 10:00 a.m.  </u> for further trial

Government and defense counsel stipulate that defendant is an officer with TPD prior to jury selection. Government and Defense Counsel stipulate to various other factors involved in this matter out of the presence of the jury. Also, defense counsel requests 1st element of instructions be removed and the remainder re-numbered. Both parties agree to alternating strikes in jury selection process and utilizing thirteenth juror as the alternate.

Jury Selection completed, jury sworn and empaneled.

Jury given preliminary instructions by the Court.

Opening statements presented by the Government and Defense Counsel.

Defense Counsel files Supplemental Memorandum regarding vagueness and request for dismissal. Court takes under advisement pending the jury's verdict.

Government witnesses sworn, examined and cross-examined this date:
Ricardo Serrano-ATF; John Cowen-Jensen's AZ Sportsman

Government Exhibits submitted, admitted and published to the jury:
#1, 2, 3(illustrative purposes only), 4, 5, 6, 7, 8 and 9.

Government Exhibit #11 submitted for illustrative purposes only.

Jury excused at 4:15 p.m. this date; to return Wednesday, 9/17/03 at 10:00 a.m.


copies to: Kimmins-USA, PO, PSA, M Piccarreta-Counsel, Judge Jorgenson

Case No.  CR 03-01183-01-TUC-CKJ                          Page 2 of 2

Case Title  U.S.A.  vs  MICHAEL J. LARA


## LIST OF JURORS

1. Lewis L. Carr
2. Hillary B. Upson
3. Barbara J. Wineinger
4. William L. Lawson
5. John B. Zirato
6. Louis G. Edwards
7. Joe G. Gallegos
8. William Tomczyk
9. Maria de la Rosa Robinson
10. Michael B. Holland
11. Eric P. Truppe
12. Jacquelyn M. Tarabek
13. Earl W. Gilmore Sr. (Alternate)