IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

```
                                                        ___ FILED      ___ LODGED
                                                        ___ RECEIVED   ___ COPY

(Tucson Division)           CRIMINAL MINUTES                SEP 22 2003

 03   /  01183   /  01     Date: September 17, 2003    CLERK U S           COURT
 Yr      Case No.   Dft#                               DISTRICT OF ARIZONA

 X  Hon. CINDY K. JORGENSON          Judge #: 7029

USA v.   LARA              MICHAEL              JAMES
         Last Name         First Name           Middle Name
DEFENDANT:  X Present  ___Not Present  X Released  ___Custody  ___Writ

Deputy
Clerk: Judy Johnson              Crt Reporter: Mary Riley

U. S. Atty: Lynnette Kimmins     Dft Atty: Michael Piccarreta, Ret
                                   x   pres      ___appt.     ___ret'd
Intrptr:  N/A
================================================================================
PROCEEDINGS:            x  JURY TRIAL

 x  Jury trial held,   Second   day

 x  Case continued to   9/18/03 at 9:45 a.m.   for further trial &
deliberations
```

 x   MOTIONS: Defense counsel files Motion to Dismiss due to lack of notice and vagueness and insufficient evidence and Rule 29 Motion.
Government presents oral argument regarding said motions.
Court **DENIES** Motion to Dismiss based on vagueness and lack of notice; and, takes Rule 29 matter under advisement pending the jury's verdict.

Defense counsel files Submission of Exhibit regarding "Arizona Daily Star" article regarding this case. Following same, juror Earl W. Gilmore Sr notifies Court of newspaper article in morning paper regarding this case. Court excuses Mr. Gilmore as a juror in this matter due to information contained in said article. Court admonishes jury panel regarding reading newspapers and watching the news during their service as a juror. Remaining jurors state they did not read the morning newspaper.

Government witnesses sworn, examined, cross-examined, and excused this date:
TPD Dectective Bunting; TPD Officer Rick McDole

Government Exhibit #13 submitted, admitted and published to the jury.

Government rests.

Defense Counsel Witnesses sworn, examined, cross-examined and excused:
TPD Captain John Leavitt; TPD Lt. Michael Pryer; Michael C. Lara(son); TPD Sgt Wes Dison; Defendant-Michael J. Lara.

Defense Counsel rests.

After excusing the jury at 3:00 p.m, the Court and counsel discuss jury instructions. Defense counsel waives presence of defendant for this matter.

Jury to return at 9:45 a.m. on Thursday, September 18, 2003.

copies to: Kimmins-USA, PO, PSA, M. Piccarreta-Counsel, Judge Jorgenson