IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson Division)                CRIMINAL MINUTES

__03__ / __01183__ / __01__           Date: __9/18/03__
Yr      Case No.   Dft#

__X__ Hon. __CINDY K. JORGENSON__      Judge #: __7029__

USA v. __LARA_____ __MICHAEL_____ __JAMES_____
           Last Name                First Name              Middle Name
DEFENDANT: __X__ Present ____ Not Present __X__ Released ____ Custody ____ Writ

Deputy
Clerk: __Judy Johnson__           Crt Reporter: __Mary Riley__

U. S. Atty: __Lynnette Kimmins__  Dft Atty: __Michael Piccarreta, Ret__
                                  __x__ pres    ____ appt.    ____ ret'd
Intrptr: __N/A__
===============================================================

**PROCEEDINGS:**         __x__ JURY TRIAL
__x__ Jury trial held, __third__ day

Government and Defense Counsel make closing statements.
Jury given instructions.

__x__ Jury retires to deliberate at __11:40 a.m. on September 18, 2003__

__x__ Jury RETURNS WITH VERDICT(s) at __2:00 p.m. on 9/18/03__

         __x__          NOT GUILTY as to __Indictment__

         __x__   Jury not polled/waived


__x__ Other:   Thereafter, Courtroom Deputy returns Government Exhibits to AUSA upon Order of the Court.


copies to: KIMMINS-USA, PO, PSA, M PICCARRETA-Counsel, Judge Jorgenson

