```
              FILED _____ LODGED
              RECEIVED _____ COPY

              SEP 2 4 2003

              CLERK U S DISTRICT COURT
              DISTRICT OF ARIZONA
              BY _____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.  CR 03-01183-01-TUC-CKJ |
| ) | |
| JAMES MICHAEL LARA, ) | JUDGMENT OF ACQUITTAL |
| ) | |
| Defendant. ) | |

A jury trial having been held on the Indictment filed herein and presented against the above named defendant charging violations of Title **18**, United States Code, Sections **924(a)(1)(A)** and a verdict of Not Guilty having been returned,

IT IS ADJUDGED that the defendant is ACQUITTED of the charges.

Dated: September 18, 2003

9-23-03

CINDY K. JORGENSON
UNITED STATES DISTRICT JUDGE

56